**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA (TAMPA)**

**DE'MARIO JIVES,**

     **Plaintiff,**                           **CASE NO.: 8:26-CV-02193-JLB-AEP**

**v.**

**BISHOP WAYNE R. FELTON;**
**HOLY CHRISTIAN CHURCH INTERNATIONAL;**
**DARRYL MOORE; JOHN TYRONE JOHNSON**
**and JOHN DOES 1-5,**

     **Defendants.**

_____/

**NOTICE OF DESIGNATION OF LEAD COUNSEL AND REQUEST TO CORRECT**
**PLAINTIFF'S LAST NAME ON CIVIL DOCKET**

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned

attorney, Robert S. Mactavish, Esq., will serve as Lead Counsel for Plaintiff, De'Mario Jives[1], in

the above-styled action:

     Robert S. Mactavish, Esquire
     Florida Bar Number 0596388
     Phoenix Corporate Tower
     3003 N. Central Avenue
     Suite 685
     Phoenix, AZ 85012
     P: 575-517-6542
     robert.mactavish@llgnational.com

                        Respectfully Submitted,
                        **LLG NATIONAL LAW GROUP**

                        _____
                        Robert S. Mactavish, Esquire
                        *Attorney for Plaintiff*

---

[1] Plaintiff De'Mario Jives has been listed on the Civil Docket for this case as "De'Mario Jones." We respectfully request that the Plaintiff's last name be corrected to "Jives" on the Civil Docket.