# AFFIDAVIT OF SERVICE

| Case: 8:26-cv-02193-JLB-AEP | Court: UNITED STATES DISTRICT COURT DOR THE MIDDLE DISTRICT OF FLORIDA | County: | Job: 16558691 |
|---|---|---|---|
| **Plaintiff / Petitioner:** DEMARIO JIVES | | **Defendant / Respondent:** BISHOP WAYNER. FELTON, THEHOLY CHRISTIANC HURCH INTERNATIONAL, DARRYL MOORE, JOHN TYRONE JOHNSON and JOHN DOES 1 5, | |
| **Received by:** The Odin Agency/Expedited Process Serving | | **For:** Lento Law Group | |
| **To be served upon:** BISHOP WAYNER FELTON | | | |

I, Charles Odin, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BISHOP WAYNER FELTON, Church: 125 West Stevens Street, Saint Paul, MN 55107

**Manner of Service:** Personal/Individual, Aug 9, 2026, 12:33 pm CDT

**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND

**Additional Comments:**
1) Successful Attempt: Aug 9, 2026, 12:33 pm CDT at Church: 125 West Stevens Street, Saint Paul, MN 55107 received by BISHOP WAYNER FELTON. Age: 50-60; Ethnicity: African American; Gender: Male; Weight: 220; Height: 6'; Hair: Black; Eyes: Brown;
Served during the healing at the end of worship service.

08/09/2026

Charles Odin      Date

The Odin Agency/Expedited Process Serving
2890 Torchwood Drive
New Brighton, MN 55112
6514045753